Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 4 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:25-CR-2002-MKD |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio:  18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm |
| CARLOS RAMIREZ, JR., | |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about June 27, 2024, in the Eastern District of Washington, the Defendant, CARLOS RAMIREZ, JR., knowingly of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit:  a Glock, model 19X, 9 millimeter handgun bearing serial number BPTE927, which

INDICTMENT – 1

firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, Defendant, CARLOS RAMIREZ, JR., shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

DATED this 14 day of January, 2025.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 2