FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS RAMIREZ, JR.,<br><br>Defendant. | No. 1:25-CR-02002-MKD<br><br>ORDER REJECTING RULE 11(C)(1)(C) PLEA AGREEMENT |

On November 17, 2026, the Court held a sentencing hearing in the above-captioned matter. Defendant Carlos Ramirez, Jr. was present in custody of the United States Marshal and represented by Craig Webster. Assistant United States Attorney Thomas Hanlon appeared on behalf of the United States. This Order memorializes and supplements the Court's oral ruling rejecting the parties' Federal Rule of Criminal Procedure 11(c)(1)(C) Plea Agreement ("Plea Agreement"), ECF No. 35.

Prior to the sentencing hearing, the Court reviewed the Plea Agreement, ECF No. 35; Defendant's Objections to the Presentence Investigation Report, ECF

Nos. 40, 41; United States' Objection to the Presentence Investigation Report, ECF No. 43; Defendant's Sentencing Memorandum, ECF No. 44; United States' Sentencing Memorandum, ECF Nos. 45, 46; letters submitted in support of Defendant, ECF Nos. 47, 51; the Presentence Investigation Report, ECF No. 48; and the Addendum to the Presentence Investigation Report, ECF No. 49.

At the sentencing hearing, for the reasons stated on the record, the Court calculated the advisory United States Sentencing Guideline range as 46 to 57 months and rejected the parties' recommended sentence of 30 to 37 months in the Plea Agreement, ECF No. 35. The Court finds no basis to vary as low as 37 months in this matter and therefore rejects the parties Rule 11(c)(1)(C) range of 30 to 37 months. As articulated on the record, the Court finds that the advisory guideline range of 46 to 57 months is insufficient to adequately address the Section 3553(a) factors.

Following the Court's oral ruling rejecting the Plea Agreement, the Court sentenced Defendant to 60 months imprisonment on this offense and 24 months on his pending supervised release matter, with the sentences to run consecutively. The Court advised Defendant that he has the right to withdraw his guilty plea pursuant to the terms of the Plea Agreement. The Court also advised Defendant

that entry of the judgment will be delayed 14 days from the date of sentencing to allow Defendant adequate time to discuss this matter with his attorney.

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The parties' Federal Rule of Criminal Procedure 11(c)(1)(C) Plea Agreement, **ECF No. 35**, is **REJECTED.**

**2.** **No later than December 1, 2026**, Defendant shall file a notice advising whether he intends to withdraw his guilty plea. If no notice is filed, the Court will issue the judgment.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** November 18, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE